23, 1926. The motion to amend the judgment in this case is denied. *Mr. William W. Ross* in behalf of *Mr. John W. Cutrer* for defendant in error, in support of the motion. *Messrs. Marcellus Green, Garner W. Green,* and *Chalmers Potter* for plaintiffs in error, in opposition thereto. See *ante,* p. 638.

---

No. 7, original. STATE OF WISCONSIN *v.* STATE OF ILLINOIS AND THE SANITARY DISTRICT OF CHICAGO. Motions submitted November 1, 1926. Decided November 23, 1926. The motions of the States of Arkansas and Mississippi for leave to intervene are granted. *Mr. James M. Beck* in behalf of *Messrs. William B. Applegate, Daniel N. Kirby,* and *Cornelius Lynde* for the State of Arkansas, and in behalf of *Messrs. Rush H. Knox, Daniel N. Kirby,* and *Cornelius Lynde* for the State of Mississippi, in support of the motion.

---

No. —, original. EX PARTE WILLIAM G. BENHAM. November 23, 1926. The motion for leave to file petition for a writ of habeas corpus is denied. *Messrs. Smith W. Bennett* and *R. R. Nevin* for petitioner.

---

No. —, original. EX PARTE VINCENT I. WHITMAN ET AL. November 23, 1926. The motion for leave to file petition for writ of habeas corpus is denied, without prejudice to an application for the writ to the District Court of the United States for the Western District of Pennsylvania as the applicants may be advised. *Mr. Vincent I. Whitman, pro se.*

---

No. 81. ENRIQUE COLLADO *v.* MANUEL NATER GIRONA, MARSHAL. Appeal from the District Court of the United States for the District of Porto Rico. Argued November 24, 1926. Decided November 29, 1926. *Per Curiam.*